UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>                              Plaintiff,<br>v.<br><br>**JOSEPH S PARDI**,<br>                              Defendant, | CASE NO.  **2:25-cv-00168-SDN** |

**PLAINTIFF'S NOTICE REGARDING APPROPRIATION OF FUNDS AND REQUEST TO LIFT STAY**

NOW COMES the Plaintiff, United States Department of Agriculture ( the "USDA"), by and through its undersigned counsel, and hereby provides notice to the Court regarding the status of the federal government shutdown and states as follows:

1. On October 24, 2025, this matter was stayed due to the lapse in federal appropriations and the resulting federal government shutdown, which affected the ability of the Plaintiff to proceed in the normal course of this litigation.

2. Plaintiff hereby notifies the Court that, as of November 13, 2025, appropriations have been restored, and funds are available to the USDA to resume normal government operations.

3. As a result, the federal government is no longer shut down and the previously-identified limitations on Plaintiff's ability to proceed have been resolved. The agency and personnel necessary to advance Plaintiff's interests in this matter have resumed standard operations.

4. Plaintiff respectfully submits that the basis for the stay no longer exists.

WHEREFORE, Plaintiff respectfully requests that the Court to lift the stay previously entered in this matter; and return the case to the active docket and permit litigation to proceed under the applicable rules and scheduling orders; and grant such other and further relief as the Court deems just and proper.

Dated this November 20, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
JENSEN BAIRD
10 Free Street, PO Box 4510
Portland, Maine 04112-4510
T: (207) 775-7271
E: KCrosman@jensenbaird.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Joseph S. Pardi
12B Collyer Brook Road
Gray, Maine 04039

Dated at Portland, Maine, this November 20, 2025.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff